WILLIAM R. WHITE, as Superintendent of Banks of the State of New York, v. LAMAR HARDY and Others.— Motion for leave to appeal to the Court of Appeals

denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.